FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ OCT 17 2006 ★

BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ZYPREXA PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1596 |
| This document relates to: | Case No. ~~1:04-CV-03527-JBW-RLM~~ 1:04-CV-2318 JBW-RLM |
| PATRICIA G. MYERS, Plaintiff, v. ELI LILLY AND COMPANY, Defendant. | STIPULATION OF DISMISSAL WITH PREDJUDICE |

Pursuant to FRCP 41(a)(1)(ii), all parties herein, through their designated counsel, hereby stipulate that the above captioned action is hereby dismissed with prejudice and with each party to bear their own costs.

Dated: 8-29-06

By: _____
Christiaan A. Marcum, Esquire
H. Blair Hahn, Esquire
RICHARDSON, PATRICK,
  WESTBROOK & BRICKMAN, LLC
1037 Chuck Dawley Boulevard, Building A
Mt. Pleasant, SC 29464
(843) 727-6500

ATTORNEYS FOR PLAINTIFF

Dated: 9-5-06

By: _____
George Lehner, Esquire
PEPPER HAMILTON, LLP
600 Fourteenth Street, N.W.
Hamilton Square
Washington, DC 20005-2004
(202) 220-1200

ATTORNEYS FOR DEFENDANT

*close the case*
*JBW 10/16/06*